# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MR. JOSEPH P. GUARRASI, J.D., | : No. 141 MM 2015 |
| Petitioner | : |
| v. | : |
| HONORABLE ALBERT J. CEPPARULO AND THE BUCKS COUNTY COURT OF COMMON PLEAS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.